In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-21-00006-CV
_____

### TIMOTHY ERIC KRAETER, Appellant

### V.

### KRISTI ROCHELE KRAETER, Appellee

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-07-09075-CV**

### MEMORANDUM OPINION

Appellant Timothy Eric Kraeter filed a motion to dismiss this appeal. In the motion, appellant asserts that the appeal is moot because the trial court has vacated its protective order pursuant to the parties' request. The motion appears to be voluntarily made by the appellant, and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on June 23, 2021
Opinion Delivered June 24, 2021

Before Kreger, Horton, and Johnson, JJ.